UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
O'KEITH N. LEWIS, JR.,

           Plaintiff,

  -against-                        MEMORANDUM AND ORDER
                                    09-CV-5127 (JS)(ARL)

COUNTY OF NASSAU, ET AL.,

           Defendants.
----------------------------------------X
APPEARANCES:

For Plaintiff:         O'Keith N. Lewis, Jr.
                       161 Westbury Blvd.
                       Hempstead, NY 11550

For Defendants:        No appearances

SEYBERT, District Judge:

       By Memorandum and Order dated March 4, 2010, the Court dismissed the Complaint of pro se plaintiff O'Keith N. Lewis, Jr. ("Plaintiff") without prejudice and with leave to file an Amended Complaint by April 2, 2010. The March 4, 2010 Memorandum and Order warned Plaintiff that the failure to file an Amended Complaint within this time will result in the dismissal of his Complaint with prejudice and the case will be closed. To date, the Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court.

       Accordingly, the Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of the Court is directed to close this case.

                                           SO ORDERED.

                                         /s/ JOANNA SEYBERT
                                         Joanna Seybert, U.S.D.J.

Dated:    June 2, 2010
         Central Islip, New York